-O-
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRAVON WILLIAMS,<br><br>　　　　　Petitioner,<br>　v.<br><br>W. J. SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-3982-VBF (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 9/21/2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge